# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159783

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 159783
             COA: 338317
             Kent CC: 15-011294-FH

ZACHARY JOSEPH ZABAVSKI,
     Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the April 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk

s1023